No. 04–10124. HAYES v. BALTIMORE CITY BOARD OF ELECTIONS. Ct. Sp. App. Md. Certiorari denied.

No. 04–10125. HUNT v. ROBERTS, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 04–10126. GORDON v. FLORIDA. Dist. Ct. App. Fla., 5th Dist. Certiorari denied.

No. 04–10128. HAWKINS v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 04–10129. GIBSON v. LOUISIANA ET AL. Sup. Ct. La. Certiorari denied.

No. 04–10131. HALL v. CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 04–10132. HAJRUSI v. MINNESOTA. Ct. App. Minn. Certiorari denied.

No. 04–10134. ANTHONY v. UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MICHIGAN. C. A. 6th Cir. Certiorari denied.

No. 04–10136. BOYCE v. ARIZONA. Ct. App. Ariz. Certiorari denied.

No. 04–10138. STEARNS v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 04–10139. BAILEY-EL v. CORCORAN ET AL. C. A. 4th Cir. Certiorari denied.

No. 04–10140. ROY v. CALIFORNIA. Ct. App. Cal., 6th App. Dist. Certiorari denied.

No. 04–10142. GOSSETT v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 04–10144. HANN v. MICHIGAN. Ct. App. Mich. Certiorari denied.

No. 04–10146. ISOM v. FLORIDA. Dist. Ct. App. Fla., 3d Dist. Certiorari denied.